UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, *et al.*, <br><br> *Defendants* | Civil Case No. 1:23-cv-03343 |

**MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil Local Rule 83.2(c)(2), Plaintiffs move for the admission and appearance of attorney Perrin W. de Jong pro hac vice in the above-entitled action. This motion is supported by the Declaration for Pro Hac Vice Admission of Perrin W. de Jong, filed herewith. As set forth in Mr. de Jong's declaration, he is admitted and an active member in good standing of the North Carolina Bar. This motion is supported and signed by Hannah Connor, an active and sponsoring member of the Bar of this Court.

Respectfully submitted this 8th day of November 2023.

/s/ Hannah Connor
Hannah Connor (DC Bar #1014143)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 681-1676
Email: hconnor@biologicaldiversity.org

1