UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, *et al.*, <br><br> *Defendants* | Civil Case No. 1:23-cv-03343 <br><br> **DECLARATION OF PERRIN W. de JONG** |

**DECLARATION OF PERRIN W. de JONG**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Perrin W. de Jong, hereby declare:

1. My name, bar number, office address, telephone and fax numbers are as follows:

   Perrin W. de Jong (N.C. Bar No. 42773)
   Center for Biological Diversity
   P.O. Box 6414
   Asheville, NC 28816
   Tel: (828) 595-1862
   Fax: (828) 537-4289

2. I have been admitted to the following courts and bars:

   North Carolina State Bar / Supreme Court of North Carolina (Aug. 25, 2011)

   Fourth Circuit Court of Appeals

   U.S. District Court for the Western District of North Carolina

   U.S. District Court for the Middle District of North Carolina

   U.S. District Court for the Eastern District of North Carolina

1

3. I have never been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body. I am currently in good standing with all states, courts, and bars in which I am admitted. A certificate of good standing is attached hereto.

4. I have never had any proceedings which could lead to any such disciplinary action instituted against me in any such bodies.

5. I have not been admitted *pro hac vice* to this Court within the past two years.

6. I am not a member of the District of Columbia Bar.

7. I do not have a pending application for admission into U.S.D.C. for the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Asheville, NC, this 8th day of November 2023.

Respectfully submitted,

Perrin W. de Jong (*pro hac vice pending*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 6414
Asheville, NC 28816
Phone: (828) 595-1862
Email: perrin@biologicaldiversity.org