**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, *et al.*,<br><br>*Defendants.* | Civil Case No.: 1:23-cv-03343-SLS |

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7, Plaintiffs Center for Biological Diversity and Appalachian Voices respectfully move for summary judgment against the U.S. Office of Surface Mining Reclamation and Enforcement, Sharon Buccinio in her official capacity, the U.S. Fish and Wildlife Service, and Martha Williams in her official capacity. In support of this motion, Plaintiffs rely on the accompanying memorandum and Exhibits.

March 4, 2026

Respectfully submitted,

/s/ Hannah Connor
Hannah Connor (DC Bar #1014143)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 681-1676
Email: hconnor@biologicaldiversity.org

/s/ Jared Margolis
Jared Margolis (Pro Hac Vice)
Center for Biological Diversity
2852 Willamette St. # 171
Eugene, OR 97405

(802) 310-4054
jmargolis@biologicaldiversity.org
*Attorneys for Plaintiffs*