# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, APPALACHIAN VOICES, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03343 |
| U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, LANNY E. ERDOS, in his official capacity as Director of the Office of Surface Mining Reclamation and Enforcement, UNITED STATES FISH AND WILDLIFE SERVICE, DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, and BRIAN NESVICK, in his official capacity as Director of the U.S. Fish and Wildlife Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER

Before the Court are Plaintiffs' motion for summary judgment and Defendants' combined opposition to Plaintiffs' motion and cross-motion for summary judgment. Having considered Plaintiffs' motion, Defendants' combined opposition and cross-motion, Plaintiffs' opposition and reply, Defendants' reply, and the administrative records, it is hereby **ORDERED** that Defendants' cross-motion is **GRANTED** and Plaintiffs' motion is **DENIED**. The Clerk is directed to enter judgment in favor of Defendants and against Plaintiffs.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date: _____, 2026