# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, APPALACHIAN VOICES, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-03343 |
| U.S. OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT, LANNY E. ERDOS, in his official capacity as Director of the Office of Surface Mining Reclamation and Enforcement, UNITED STATES FISH AND WILDLIFE SERVICE, DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior, and BRIAN NESVICK, in his official capacity as Director of the U.S. Fish and Wildlife Service, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXTRA RECORD DECLARATIONS AND EXHIBITS

Before the Court is Defendants' motion to strike Plaintiffs' extra-record exhibits and declarations. Having considered the motion and all responses thereto, it is hereby ORDERED that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all proffered exhibits are stricken in their entirety, the proffered declarations are stricken for any and all purposes other than to support Plaintiffs' claims of standing, and the associated argument in Plaintiffs' motion for summary judgment is similarly stricken for purposes other than to support Plaintiffs' claims of standing, as follows:

(1)     Dodson declaration (ECF 42-2): ¶¶ 14-16, 21, 24, 28-43, 46, 49, 50-51, and exhibits thereto: ECF 42-3, 42-4, and 42-5. In addition, the Court strikes the argument from Plaintiffs' motion for summary judgment that relies on the Dodson declaration and exhibits: ECF 42-1 at 11, 33-34.

(2)     Curry declaration (ECF 42-6): ¶¶ 9, 13, 16-17, 22-26, 30, 34-42 and exhibit thereto. In addition, the Court strikes the argument from Plaintiffs' motion for summary judgment that relies on the Dodson declaration and exhibits: ECF 42-1 at 6, 31.

(3)     Thoma declaration (ECF 42-7): ¶¶ 10-11, 21, 23-26.

(4)     Young declaration (ECF 42-8): ¶¶ 9-10, 14-18, 20.

(5)     Sneed declaration (ECF 42-9): ¶¶ 16-18.

(6)     Hepler declaration (ECF 42-10): entire declaration and exhibit and related argument from Plaintiffs' motion for summary judgment: ECF 42-1 at 33-34.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date: _____, 2026

2