**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

CENTER FOR BIOLOGICAL
DIVERSITY, *et al.*,

     *Plaintiffs*,

  v.

U.S. OFFICE OF SURFACE MINING
RECLAMATION AND ENFORCEMENT,
*et al.*,

     *Defendants*.

Civil Action No. 23 - 3343 (SLS)

Judge Sparkle L. Sooknanan

## ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 53, the Court **GRANTS** the Plaintiffs' Motion for Summary Judgment as to Claim 3, ECF No. 42, and **DENIES** the Defendants' Cross-Motion for Summary Judgment, ECF No. 45, on that same claim. The Court vacates and sets aside the 2020 BiOp and ITS as they apply to the U.S. Office of Surface Mining Reclamation and Enforcement's oversight of primacy states. The Court declines to reach the merits of Claims 1 or 2, which seek the same ultimate relief, and **DENIES** as moot the Defendants' Motion to Strike the Plaintiffs' Extra Record Declaration and Exhibits. ECF No. 44. The Court directs the Clerk of the Court to terminate this case from the active docket.

     **SO ORDERED.**

 

_____

SPARKLE L. SOOKNANAN
United States District Judge

Date:   May 29, 2026